IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND PATRIOTS FANS <br><br> Plaintiffs <br><br> vs. <br><br> NATIONAL FOOTBALL LEAGUE, <br><br> and <br><br> ROGER GOODELL, COMMISSIONER, Individually and in his capacity as the Commissioner of the NFL <br><br> and <br><br> ROBERT KRAFT, Individually and in his capacity as the owner of the New England Patriots <br><br> Defendants | ) CIVIL ACTION <br> ) Docket No: -CV- <br> ) CIVIL ACTION <br> ) Docket No.: -CV- <br> ) <br> ) <br> ) EXPEDITED MOTION <br> ) FOR TEMPORARY <br> ) RESTRAINING ORDER <br> ) AND PRELIMINARY <br> ) INJUCTION |

NOW COME the Plaintiffs, New England Patriots Fans, pursuant to Massachusetts Rule of Civil Procedure 65, respectfully moves this Court for an Expedited Temporary Restraining Order and Preliminary Injunction against Defendants. Specifically, Plaintiffs ask this Court to enjoin Defendants from enforcing the unlawful taking of the New England Patriots first-round draft choice in the April 28, 2016 National Football League ("NFL") Draft for no valid or lawful reason. In support of this Motion, the Plaintiffs rely upon their Brief in Support of Expedited Motion for Temporary Restraining Order and Preliminary Injunction and the evidence filed pursuant to Massachusetts law.

Dated this 4th day of April, 2016

_____/s/ Seth T. Carey_____
SETH T. CAREY, ESQ.
New England Patriots Fans;
Plaintiffs
MB# 662718
114 Congress St.
P.O. Box 100
Rumford, ME 04276
(207) 364-7826
stcareylaw@gwi.net