## STATE OF FLORIDA

## AFFIDAVIT – MICHAEL R. DiMAURO

NOW COMES the affiant, Michael R. DiMauro, and after being properly sworn does state under oath upon his own personal knowledge that:

1. I am an adult resident of the town of Orlando County of Orange and State of Florida.

2. I am currently on disability and collect benefits.

3. From January 18, 2015 to May 11, 2015, I felt that this was not a big deal and that nothing should happen.

4. On May 11, 2015, my world would change forever. Commissioner Roger Stokoe Goodell announced that he would take away the 2016 first round pick, the 2017 fourth round pick and the one million dollars of the New England Patriots.

5. When the news hit me, I was very angry.

6. I called the league office in New York City and I left them a voicemail in regards to my disgust of the punishment that was handed down by Goodell.

7. I wrote a petition and it was launched on change.org. Over the next few days and weeks, I would post the link of the petition on Facebook anytime that the article talked about the New England Patriots and Deflategate.

8. In the petition (https://www.change.org/p/nfl-review-the-punishment-for-deflategate), I wrote about how is it okay for the league only to take away second round picks from the New Orleans Saints for Bountygate and take away first round pick from New England Patriots for Deflategate? It does not make sense.

9. Isn't hurting players more serious than a probable cause of balls that were deflated?

10. I lost sleep on the days surrounding the meeting between Thomas Edward Patrick Brady Jr. and Roger Stokoe Goodell.

11. One of those days was June 23, 2015, when I did not fall asleep until 7am! I was awake literally all night worrying about what was going to happen at the meeting.

12. After the meeting, waiting on the decision took a toll on me as I became stressed about what was going on with the case. I was upset when Goodell

made the decision to keep the punishment.

13. I was happy that Brady brought it to court.

14. While vacationing in Alaska on September 3, 2015, I received the news that the case was in Brady's favor and that he would be able to play! I was happy about that news that it went into my log for the day and it will be in my book once it gets published.

15. Once the season ended, I was thinking more and more about what was happening and I was getting upset when the internet and television was showing the draft order and the mock draft and the New England Patriots were not listed on there.

16. It got to the point where ENOUGH WAS ENOUGH!

17. On December 29, 2015, I wrote a letter to Roger Stokoe Goodell and the owner of the New England Patriots, Robert Kenneth Kraft.

18. I stated my concerns about what was happening and what needed to be done. Along with the letter, I sent both gentlemen a copy of the petition that I had online. Since December 29, I have not heard back from both of them!

19. On January 25, 2016, it got to the point where I sent a tweet out on Twitter to Goodell asking him are you going to give back the picks and money or would you like me to contact the 31 other team owners to ask them to bring it up at the next owners meeting?

20. Well, on January 25, 2016, I sent faxes and emails out to the teams that I could!

21. I did not want to mail the teams a letter because I did not have that much money to do that. That did not work because I did not hear back from any of the other teams.

22. On March 9, 2016, I faxed a letter to Kraft asking him if I was going to receive a reply from him or not and to this date, I still not heard anything from him.

23. Commissioner Roger Stokoe Goodell is not fair to the New England Patriots because he used to work for the New York Jets and is a fan of that team.

24. He is always harsh to the Patriots because of it.

25. Also, it seems like that he is less severe when the punishments involve the New York Jets. One example of this is when New York Jets tampered, they

were only fined $100K, but when the Kansas City Chiefs tampered, they lost a couple of draft picks (lower than the New England Patriots first round pick).

26.   Goodell wants to see the Patriots suffer because of their success. During the whole process, I did a lot of thinking and a lot of finger pointing to Goodell because of the mess he has caused!

27.   My emotions have been rough since May 11, 2015 and my hatred towards Roger Stokoe Goodell and the National Football League has grown.

28.   My hatred has grown so much that I cannot watch ESPN or NFL Network anymore because anytime that they talk about the draft and not seeing the New England Patriots listed makes me angry and upset.

29.   There were times that I was upset that I felt like wanting to get Goodell and pay for what pain he has caused upon me. I have asked him for a reply from the letter I have sent him and if not a reply to my letter, then for him and myself to sit down and have a meeting to discuss this.

30.   I feel that the pain that I suffer through has caused me to be stressed out and even so stressed out that I cannot fully run my pro pick'em game, Beat Mike, the way that I want to anymore.

31.   The stress has even extended to my fantasy football league on ESPN called Mike's Football League (MFL).

32.   I am an individual with Asperger's Syndrome, a form of autism, and this amount of stress over the loss of draft picks and money the league fined the Patriots has taken their toll on me.

33.   I feel that if this were to continue then I could eventually lose my interest in football, especially the National Football League.

34.   The league needs to play fairly and if the league cannot play fairly, then what is the point of me being a fan?

35.   I do watch the games each Sunday on NFL Redzone because I love to see all of the games and no commercials! I want to be able to enjoy it every Sunday in peace and not have to worry about the Patriots being punished for a crime that cannot be proven in the courts!

36.   I am requesting to receive pain and suffering not monetarily, but through the return of our draft picks, for what Roger Stokoe Goodell and the National Football League has put me through since January 18, 2015.

Dated this 1st Day of April 2016.

*Michael R. DiMauro*

**STATE OF FLORIDA**

~~SULLIVAN~~ Orange COUNTY, ss.

Date: April 1, 2016

Personally appeared the above named Michael R. DiMauro and made oath that the above statements are true and based upon his own personal knowledge.

Before me,

Kimberly Dawson
Notary Public:

My Comm. Exp.: 3/17/2018



**KIMBERLY DAWSON**
MY COMMISSION #FF103243
EXPIRES March 17, 2018
(407) 398-0153　FloridaNotaryService.com