# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND PATRIOTS FANS,<br><br>        Plaintiffs,<br><br>    v.<br><br>NATIONAL FOOTBALL LEAGUE; ROGER GOODELL, COMMISSIONER, Individually and in his capacity as the Commissioner of the NFL; and ROBERT KRAFT, Individually and in his capacity as the owner of the New England Patriots,<br><br>        Defendants. | Civil Action No.  1:16-cv-10659-FDS |

### MOTION TO DISMISS THE PLAINTIFFS' COMPLAINT

The defendants National Football League and Roger Goodell ("NFL Defendants") move to dismiss the plaintiffs' complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction and 12(b)(6) for failure to state a claim upon which relief can be granted.

The NFL Defendants' Memorandum in support of the motion is submitted herewith.  The NFL Defendants respectfully submit that this motion can be decided on the papers without oral argument.

Dated: April 15, 2016                    Respectfully submitted,


                                         /s/ John D. Donovan, Jr.
                                         John D. Donovan, Jr. (BBO #130950)
                                         John P. Bueker (BBO #636435)
                                         ROPES & GRAY LLP
                                         800 Boylston Street
                                         Boston, MA 02199-3600
                                         Tel: (617) 951-7000
                                         Fax: (617) 951-7050
                                         john.donovan@ropesgray.com
                                         john.bueker@ropesgray.com

                                         *Attorneys for Defendants National Football
                                         League and Roger Goodell*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2016, I filed the foregoing Notice of Motion to Dismiss the Plaintiffs' Complaint with the United States District Court for the District of Massachusetts using the CM/ECF system, and caused it to be served on all registered participants via the notice of electronic filing (the "NEF").

/s/ John D. Donovan, Jr.
John D. Donovan, Jr.
